KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWARD A. OLSEN (SBN 214150)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    Facsimile: (415) 436-6927
    Email: edward.olsen@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARPAL S. CHEEMA, | No. C 04-3869-SI |
| Petitioner, | **STIPULATION TO VACATE COURT'S ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS AND TO DISMISS THE PETITION** |
| v. | |
| MICHAEL CHERTOFF Secretary, Department of Homeland Security, et al., | Hearing Date: January 26, 2007 |
| Respondents. | Time: 9:00 a.m. |

    The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to having this Court vacate its November 28, 2005 Order Granting the Petition for Writ of Habeas Corpus and dismiss the habeas petition, for the reasons stated in the respondents' Motion To Vacate Court's Order Granting The Petition For Writ of Habeas Corpus And To Dismiss The Petition. Moreover, the parties stipulate to vacating the January 26, 2007 hearing date.

STIPULATION TO VACATE
C 04-3869

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: October 12, 2006 | Respectfully submitted, |
| 3 | | |
| 4 | | /s/<br>CHRISTOPHER FULLER<br>Office of Immigration Litigation |
| 5 | | Department of Justice |

/s/
KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Respondents

Date: October 12, 2006

/s/
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

SUSAN ILLSTON
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Robert B. Jobe and I have signed this stipulation.

STIPULATION TO VACATE
C 04-3869                                    2